IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEE LOR,

        Plaintiff,

   v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____/

No. CIV.S-06-0719 DAD

ORDER TO SHOW CAUSE

        On April 10, 2006, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time. The required time has now expired, and plaintiff has not filed a motion for summary judgment and/or remand. Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.

/////

/////

1

1  Failure to <u>timely</u> file the required writing will result in dismissal
2  of the action.
3  DATED: September 21, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/lor0719.osc