IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEE LOR,                              No.  CIV.S-06-0719 DAD

      Plaintiff,
                                      ORDER
   v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendant.
_____/

      By order filed September 21, 2006, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution.  On September 28, 2006, plaintiff filed a response to the order along with a motion for summary judgment.

/////

/////

/////

/////

1

Accordingly, the order to show cause filed on September 21, 2006, is HEREBY DISCHARGED.  This matter will proceed according to the terms of the court's scheduling order filed April 10, 2006.

DATED: September 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.socsec/lor0719.dischargeOSC

2