1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700
   Fax:  (916) 554-2900
5  JACQUELINE A. FORSLUND
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8
   Attorneys for Defendant
9
                 IN THE UNITED STATES DISTRICT COURT
10
            FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12  BEE LOR,                          CASE NO. **2:06-CV-00719-DAD**

13          Plaintiff,                STIPULATION AND ORDER
                                      REMANDING THE CASE TO THE
14    v.                              COMMISSIONER OF SOCIAL
                                      SECURITY AND DIRECTING THE
15  JO ANNE B. BARNHART,              CLERK TO ENTER JUDGMENT
    Commissioner of
16  Social Security,

17          Defendant.

18       IT IS HEREBY STIPULATED by the parties, through their

19  undersigned attorneys, and with the approval of the Court as

20  provided below, that the Commissioner has agreed to a voluntary

21  remand of this case pursuant to sentence four of 42 U.S.C. §

22  405(g) for further proceedings, which will include directing the

23  Administrative Law Judge ("ALJ") to give Plaintiff an opportunity

24  for a new hearing and allow Plaintiff's spouse to testify.  The

25  ALJ will reevaluate the opinion of Saroeun Sok, M.D., as to

26  Plaintiff's physical and mental impairments.  The ALJ will direct

27
    LOR v. Barnhart
28  Stip & Order of Remand (Sentence 4)
    2:06-cv-00719-DAD              1

1 an examination by a psychiatrist or psychologist and obtain a

2 medical source opinion.  The ALJ will direct an examination by a

3 gastroenterologist and obtain a medical source opinion.  If

4 necessary, the ALJ will obtain testimony from a medical expert.

5 The ALJ will reassess Plaintiff's mental impairments in

6 accordance with 20 C.F.R. §§ 404.1520a and 416.920a.  The ALJ

7 will reassess Plaintiff's physical and mental residual functional

8 capacity and further compare his residual functional capacity

9 with his ability to perform his past relevant work.  If warranted

10 by the expanded record, the ALJ will obtain vocational expert

11 testimony to determine whether there are a significant number of

12 jobs in the national economy that Plaintiff can perform.

13       It is further stipulated that the decision below is

14 hereby vacated and that the Clerk of this Court shall be directed

15 to enter a separate judgment herein, as provided for under Rules

16 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to

17 Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27

28

1

2          /s/ Rick Peasley
                  (As authorized on OCTOBER 24, 2006)
3          RICK PEASLEY
           Attorney at Law

4          Attorney for Plaintiff

5

6          McGREGOR W. SCOTT
           United States Attorney
7          BOBBIE J. MONTOYA
           Assistant U.S. Attorney

8

9  By:     /s/ Bobbie J. Montoya for
                  (As signed on OCTOBER 25, 2006)
10         JACQUELINE A. FORSLUND
           Special Assistant U.S. Attorney

11
           Attorneys for Defendant
12

13 OF COUNSEL:
   LUCILLE GONZALES MEIS
14 CHIEF COUNSEL, REGION IX
   UNITED STATES SOCIAL SECURITY ADMINISTRATION
15

16                          ORDER

17         This matter is remanded pursuant to the stipulation of

18 the parties.  The case is dismissed and the Clerk is directed to

19 enter Judgment.

20         IT IS SO ORDERED.

21 DATED: October 30, 2006.

22

23 _____
   DALE A. DROZD
24 UNITED STATES MAGISTRATE JUDGE

25 Ddad1/orders.socsec/lor0719.ord.remand

26

27

   LOR v. Barnhart
28 Stip & Order of Remand (Sentence 4)
   2:06-cv-00719-DAD                    3